**James H. PICKETT, Jr., Plaintiff–Appellant,**

v.

**John E. POTTER, Defendant–Appellee.**

No. 06–2166.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2007.

Decided: April 30, 2007.

James H. Pickett, Jr., Appellant Pro Se. Ralph Andrew Price, Jr., Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James H. Pickett, Jr., appeals the district court's order granting the Defen-

dant's motion to dismiss pursuant to Fed. R.Civ.P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we deny Pickett's motion to appoint counsel, and affirm for the reasons stated by the district court. *Pickett v. Potter*, No. 1:05–cv–01210–CMH (E.D.Va. Sept. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*